**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| RUSSEL LEROY JOHNSON, | ) | No. CV 08-4227-JST (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| J.D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 24, 2011

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE